AO 91 (Rev. 11/11) Criminal Complaint

AUSA Litton

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Fazsal Mohamed DAROD | ) Case No. 2:23-mj-410 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2113(a) & 2(a) | (1) Aiding and Abetting a Bank Robbery |
| 18 U.S.C. §§ 924(c)(1)(A)(i) & 2(a) | (2) Aiding and Abetting the Use and Carrying of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

TFO 6551

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/07/2023

City and state: Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other duties as authorized by law.

1. On July 6, 2023, at approximately 2:13PM, a robbery occurred at the Byer Imports Car Lot located at 409 North Hamilton Road, Columbus, Ohio 43213, where three (3) suspects stole a vehicle, described as a black Porsche sports utility vehicle, from the lot, and fled from the area.

2. On July 6, 2023, at approximately 4:00PM, a robbery occurred at the Fifth Third Bank located at 2455 Hilliard Rome Road, Hilliard, Ohio 43026, where an armed suspect stole thousands of dollars of U.S. currency. The suspect was described as a black male, wearing a green ball cap, covid mask, black hoodie, and light pants. Surveillance footage from the bank shows the suspect brandishing a firearm at bank employees. The incident was called in to police as an armed robbery and information indicated that the suspect fled in a black Porsche sports utility vehicle. The deposits of the Fifth Third Bank on Hilliard Rome Road are insured by the Federal Deposit Insurance Corporation ("FDIC").

3. On July 6, 2023, at approximately 4:07PM, an incident occurred where Columbus Police officers encountered the stolen black Porsche sports utility vehicle and suspects in the area of Interstate 70 East and West Mound Street. During the incident, a Columbus Police officer was struck by gunfire and seriously wounded. One of the suspects was also shot and died at the scene. The suspect who died at the scene was a black male, wearing a green ball cap, covid mask, black hoodie, and light pants. Officers were able to compare still images from the bank's surveillance system to the decedent and they matched.

4. Two other unknown suspects fled from the Porsche on foot and avoided apprehension. Surveillance cameras in the area captured video and images of two black males running from the scene of the shooting. The males observed running in surveillance video were observed to be two (2) black males, one wearing a white t-shirt, with a black jacket, black pants, and white tennis shoes. The other suspect was wearing a red- and white-striped shirt, black pants, and white tennis shoes.

5. Officers recovered two firearms from the incident on Interstate 70 East. One of the firearms was a Glock handgun with an extended magazine, located near the suspect who was shot. The other was a black semiautomatic handgun, located on the pavement of the highway in the direction where the other two suspects fled.

6. Detectives with the Columbus Division of Police Gang Enforcement Unit obtained exigent cell phone tower records from three (3) T-Mobile cell phone towers that were identified in the areas of 409 North Hamilton Road, Columbus, Ohio 43213 (Latitude 39.96686, Longitude -82.15415); 2455 Hilliard Rome

Road, Columbus, Ohio 43026 (Latitude 40.00119, Longitude -83.15415); and Interstate 70 East at West Mound Street (Latitude 39.94794, Longitude -83.03523).

7. The cell phone tower dumps were cross referenced with each other to identify commonalities between the cell phone towers during the specific time of the three (3) events described above. The records indicated that one (1) phone number pinged off a T-Mobile cell site during the bank robbery as well as the shooting incident with police during the specific times of the incidences. The phone number was identified as **614-632-9786** (hereinafter referred to as the **TARGET PHONE**). Detectives entered the phone into CashApp using open-source techniques. CashApp indicated the account name Feysal Daarood with CashTag $onepull23.

8. Detectives searched the Columbus Police reporting system (P1). P1 showed that the **TARGET PHONE** was used in a 2022 report under the name Faisal Darod, D.O.B.           , (hereinafter referred to as **DAROD**). Additionally, the **TARGET PHONE** number was used in five (5) reports from the Columbus Police Department from 2017 to 2022 and listed as **DAROD**'s phone number.

9. A search of OHLEG, a law enforcement database, showed that **DAROD** had a social security number of           , a D.O.B.           , and an address of **1207 John G. McCoy Circle, Columbus, Ohio 43224**. OHLEG also showed that **DAROD**'s driver's license was issued on 2/12/2020 with an expiration date of 3/8/2024. **DAROD** is described on OHLEG as a black male, 6'2" tall, and weighing 180 pounds. Accurint, a law enforcement database, also verified the information found from P1 and OHLEG.

10. Detectives were able to locate a social media account on Facebook using open-source techniques believed to belong to **DAROD** under Facebook name "faisal daarood." **DAROD's** OHLEG photo matched the photograph posted on a Facebook post from July 3, 2023, that depicted **DAROD** sitting in the front seat of a black vehicle, believed to be a Chevrolet Corvette. In the posts made on the Facebook page, **DAROD** was wearing a red- and white-striped shirt. The red- and white-striped shirt matches the surveillance camera images of one of the suspects fleeing the area of the shooting scene on Interstate 70.

11. T-Mobile provided detectives with an exigent phone ping for the **TARGET PHONE**. The phone pings indicated a radius for the location of the **TARGET PHONE**. The radius encompassed **DAROD's** last known address of **1207 John G. McCoy Circle, Columbus, Ohio 43224**. The radius was approximately 3,000 meters.

12. On July 6, 2023, at approximately 11:00PM, detectives with the Gang Enforcement Unit conducted an analysis of the specific location details for the **TARGET PHONE**. This phone number was identified as being used by Faisal **DAROD**. T-Mobile defines specific cellular location data as "Timing Advance Records." Timing Advance Records identify the historical location of a handset, delivered as longitude and latitude coordinates to a government requestor. These results are graded on accuracy as either low (within 300 meters), medium (within 200 meters), or high (within 100 meters). Your affiant and other detectives were able to analyze these Timing Advance Records using a law enforcement analytics program known as CastVIZ. This program can ingest the records and translate them into plot points on a map, corresponding with a specific date and time. Detectives reviewed the data from these records and observed multiple plot points within a tight radius of the following locations:

- On July 6, 2023, at approximately 2:13PM, multiple data points isolated the location of the handset in the area of the Byers Imports Car Lot located at 409 North Hamilton Road, Columbus, Ohio 43213, as depicted below:



- On July 6, 2023, at approximately 4:00PM, multiple data points isolated the location of the handset in the area of the Fifth Third Bank located at 2455 Hilliard Rome Road, Hilliard, Ohio 43026.



- On July 6, 2023, at approximately 4:07PM, the data points then travel directly to the area of Interstate 70 East and West Mound Street.



AO 91 (Rev. 11/11) Criminal Complaint

13. All of the previous plot points were located within a short distance of all three crime scenes and show a definitive pattern of movement from one to the next. This is indicative of the presence of the aforementioned cellular device at all three crime scenes.

14. On July 6, 2023, at approximately 11:50PM, the surveillance team observed a gray Toyota Camry, bearing Ohio Tag #GFX5965, arrive at the rear of 1207 John G. McCoy Circle, Columbus, Ohio 43224. The surveillance team observed a male exit this vehicle, walk to the front of 1207 John G. McCoy Circle, Columbus, Ohio 43224, and enter the residence. The surveillance team believed this male to be **DAROD**, as he matched his description. At approximately 12:05AM, multiple individuals, one of which was believed to be **DAROD**, exited 1207 John G. McCoy Circle and left. The male believed to be **DAROD** exited the front door of the residence and walked to the rear, getting back into the gray Toyota Camry. The gray Toyota Camry was subsequently stopped and **DAROD** was detained inside the vehicle.

15. During a custodial interview, **DAROD** admitted to being in the stolen Porsche with two other individuals on the afternoon of July 6th, but he stated that one of the other suspects, who is now deceased, pointed a gun at him and demanded that he drive them to the Fifth Third Bank on Hilliard-Rome Road to commit the robbery. **DAROD** was released pending further investigation. His release came before the above cell phone data was received, which placed his handset in the vicinity of the Byers Imports Car Lot at the time of the robbery.

16. Further investigation showed that another bank was robbed under similar circumstances on July 5, 2023, at the Fifth Third Bank located at 1669 Fishinger Road in Upper Arlington, Ohio. Surveillance video captured a black Chevy Corvette speeding away from the bank. That video matches the description of a stolen Corvette that was taken at gunpoint from the Byers Chevrolet in Whitehall, Ohio, earlier in the day. The **TARGET PHONE**, known to be used by **DAROD**, was also found to be located at the scene of the robbery of the Upper Arlington Fifth Third Bank Robbery and the location where the Corvette was ultimately recovered.

17. When officers responded to the scene of the shooting on Interstate 70 on the afternoon of July 6th, they recovered cash from the bank robbery on Hilliard-Rome Road, which was contained in a black bag located within the stolen Porsche. Officers also found a key fob to a Corvette inside the same black bag that contained the proceeds of the July 6th robbery. The black bag containing the proceeds of the July 6th robbery and the key to a Corvette is consistent with a black bag that **DAROD** was holding in the Facebook photo described above in Paragraph 10, which depicted him in the front seat of a Corvette.

18. Based on the above, your affiant requests an arrest warrant for Fazsal M. **DAROD** for one count of aiding and abetting a bank robbery, in violation of 18 U.S.C. §§ 2113(a) and 2(a), and one count of aiding and abetting the use and carrying of a firearm during and in relation to a crime of violence (i.e., bank robbery), in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2(a), both of which relate to the July 6th Fifth Third Bank Robbery on Hilliard-Rome Road.

AO 91 (Rev. 11/11) Criminal Complaint

Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

Kimberly A. Jolson
United States Magistrate Judge

July 7, 2023

Date