IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | : | Case No. 2:23-CR-152(1) |
| v. | : | Judge Sarah Morrison<br>Magistrate Judge Norah McCann King |
| **Faisal M. Darod** | : | |

### Waiver of Appearance at Arraignment

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Defendant hereby waives his appearance at the Arraignment on the Indictment in the above captioned case, and instead directs counsel of record to enter his plea with the Court at that time.

Defendant affirms that his waiver meets the requirements as set forth in Crim. R. 10(b)(1) and (2), specifically:

1. Defendant has been charged by Indictment;
2. Defendant has received a copy of the Indictment, and has discussed the same with his attorney;
3. Defendant intends to enter, by and through his attorney, a plea of not guilty.

/s/ Faisal Darod (authorizing signature by Jeffrey T. Stavroff)          /s/ Jeffrey T. Stavroff
**Defendant**                                                                                       **Counsel for Defendant**

July 25, 2023
**Date**