# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:23-CR-152 |
| Plaintiff, | JUDGE SARAH D. MORRISON |
| vs. | |
| **FAISAL M. DAROD,** *et al.*, | |
| Defendants. | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States respectfully moves for entry of an agreed-upon Protective Order under Rule 16(d)(1) of the Federal Rules of Criminal Procedure.  "Good cause" merits such an order to protect law enforcement agents and other witnesses, to preserve the integrity of ongoing investigations, and to protect the privacy interests of third parties.  Undersigned counsel has met and conferred with defense counsel, who agree with the language in Attachment 1 ("Proposed Protective Order").

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Noah R. Litton
    NOAH R. LITTON (0090479)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Office: (614) 469-5715
    E-mail: Noah.Litton@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Protective Order was served this 2nd day of August, 2023, electronically on all counsel of record.

                                                s/Noah R. Litton
                                                NOAH R. LITTON (0090479)
                                                Assistant United States Attorney