Page: 1

01/08/2024

Honorable Judge Sarah D. Morrison
My name is Faisal Darod, I'm writing you this letter because I feel like I don't have any other options left. I want to withdraw my guilty plea because I'm not guilty of these charges. I was tricked and pressured into signing a plea agreement that I never wanted to in the begining. I fired my lawyer due to ineffective council, he also took advantage of the fact that I had no experience or knowledge of how the Criminal Justice system works. I wanted to withdaw my plea the very nexday but my lawyer refused to file a motion to withdraw my plea and I'm looking for new council but it's taking quite some time to find a new attorney. When I last stood before you, you had asked me if I felt threatened

Page: 2

01/08/2024

or pressured into taking this deal, I hesitated answering your question because I really wanted to say yes I did but I felt intimidated by all the police officers that showed up to all my court dates and I was afraid of retaliation from the prosecution. I'm sorry for any inconvenience that my letter may have caused you. This is my first time in Jail.

Sincerely

Faisal Daced

Faisal Darod
2460 Jackson Pike
Columbus Ohio
43223



COLUMBUS OH 430
13 JAN 2024 PM 4 L

RECEIVED
JAN 18 2024
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO
INMATE CORRESPONDENCE

Honorable Judge Sarah D. Morrison

85 Marconi Blvd. Courtroom 167

Columbus Ohio

43215