# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:23-cr-152 |
| vs. | : | JUDGE MORRISON |
| FAISAL M. DAROD, | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL AND STAY JUNE 10, 2024 DEADLINE

Now comes Kathryn S. Wallrabenstein, counsel for Defendant Faisal Darod, and respectfully requests this Court permit her to withdraw from representation of Mr. Darod in this matter. Additionally, undersigned counsel requests the Court stay the June 10, 2024 deadline to file a supplemental brief or withdraw the *pro se* request to withdraw guilty plea. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ Kathryn S. Wallrabenstein**
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
41 South High Street, Suite 1800
Columbus, Ohio 43215
P: (614) 220-0238
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant

**MEMORANDUM**

Defendant Faisal Darod ("Defendant") was indicted by a federal Grand Jury on July 20, 2023. A Superseding Indictment was subsequently filed on September 27, 2023. This Court accepted Defendant's guilty plea to three counts of Aiding and Abetting Hobbs Act Robbery, two counts of Aiding and Abetting Bank Robbery, and four counts of Aiding and Abetting the Use and Carrying of a Firearm During and in Relation to a Crime of Violence pursuant to a written plea agreement on October 23, 2023. Defendant's then-counsel requested to withdraw from the case on December 20, 2023. Shortly after this Court granted counsel leave to withdraw, Defendant filed a *pro se* letter requesting to withdraw his guilty plea. On May 10, 2024, this Court issued an Order setting a deadline of June 10, 2024 for Defendant to file any supplemental briefing in support of the *pro se* request to withdraw his guilty plea or to withdraw the request.

Undersigned counsel was appointed to represent Defendant on January 19, 2024. Undersigned counsel received and reviewed voluminous discovery. Undersigned counsel has met with Defendant, either in person at the Franklin County Jail or by Zoom while Defendant has been at the Corrections Center of Northwest Ohio, on at least fifteen occasions.

Undersigned counsel and Defendant have encountered an irreconcilable difference that has not resolved, despite undersigned counsel's best and repeated efforts. Withdrawal is also merited pursuant to Ohio Professional Conduct Rule 1.16. As such, undersigned counsel has regretfully concluded it is necessary to notify the Court and request leave to withdraw from this matter.

Undersigned counsel has informed Defendant of her intent to file this Motion. Undersigned counsel has provided a copy of this Motion to Defendant at his last known address of the Corrections Center of Northwest Ohio, 3151 County Road 2425, Stryker, Ohio 43557, by regular U.S. post.

In addition, undersigned counsel requests this Court stay the current deadline to file a supplemental brief in support or notice withdrawing the *pro se* request to withdraw the guilty plea. Due to the irreconcilable difference between Defendant and counsel, undersigned counsel is not in a position to meet this deadline.

For these reasons, undersigned counsel respectfully moves this Court for leave to withdraw as counsel for Defendant Faisal Darod and for a stay of the deadline to file a supplemental brief or notice withdrawing the request to withdraw the guilty plea.

> Respectfully submitted,
> **Taft Stettinius & Hollister LLP**
>
> **/s/ Kathryn S. Wallrabenstein**
> KATHRYN S. WALLRABENSTEIN
> Ohio Supreme Court No. 0092172
> 41 South High Street, Suite 1800
> Columbus, Ohio 43215
> P: (614) 220-0238
> F: (614) 221-2007
> kwallrabenstein@taftlaw.com
>
> Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to AUSA Noah Litton on June 10, 2024, by electronic mail. A copy has also been sent by regular mail to Defendant Faisal Darod, Corrections Center of Northwest Ohio, 3151 County Road 2425, Stryker, Ohio 43557, by regular U.S. post on June 10, 2024.

> **/s/ Kathryn S. Wallrabenstein**
> KATHRYN S. WALLRABENSTEIN