# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

                Plaintiff,        :      Case No. 2:23-cr-00152
                                           Civil Case No. 2:26-cv-00075

                                           Chief Judge Sarah D. Morrison
                                         Magistrate Judge Michael R. Merz

FAISAL M. DAROD,

                Defendant.       :

---

## ORDER

---

This proceeding under 28 U.S.C. § 2255 is before the Court on Defendant's Objections (ECF No. 130) to the Magistrate Judge's Report and Recommendations (the "Report," ECF No. 118) and Defendant's Motion to Amend (ECF No. 131). On May 28, 2026, Chief Judge Morrison recommitted the case on both the Objections and the Motion to Amend (ECF No. 133).

Under S. D. Ohio Civ. R. 7.2, an opposing party is allowed twenty-one days to oppose a motion. Under S. D. Ohio Civ. R. 7.2(a)(2) "Failure to file a memorandum in opposition may result in the granting of any motion that would not result directly in entry of final judgment or an award of attorneys' fees."

The time within which the United States could have opposed the Motion to Amend has expired and no opposition has been filed. Accordingly the Motion to Amend is granted. The Clerk shall detach the proposed Amended Motion from ECF No. 131 and file and docket it separately.

1

This renders the Report (ECF No. 118) moot and it is hereby withdrawn; Defendant's Objections to the Report (ECF No. 130) are likewise moot.

The Report was rendered on preliminary review of the original § 2255 Motion. The Magistrate Judge will next proceed to a preliminary review of the Amended Motion and either file a new report and recommendations or an order for answer.

July 14, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge